IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 99-mj-00084-MPT |
| | : | |
| KRZYSZTOF MIKUS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Motion for Return of Passport,

**IT IS HEREBY ORDERED** this_____ day of July 2007, that the passport of Mr. Krzystztof Mikus shall be released to Cathy A. Jenkins, Esq., counsel for Mr. Mikus from the Office of the Federal Public Defender for the District of Delaware, for the purpose of having said passport returned to Mr. Krzystztof Mikus.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge