IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 99-mj-00084-MPT |
| KRZYSZTOF MIKUS, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Motion for Return of Passport,

**IT IS HEREBY ORDERED** this ___2___ day of ~~July~~ *August* 2007, that the passport of Mr. Krzystztof Mikus shall be released to Cathy A. Jenkins, Esq., counsel for Mr. Mikus from the Office of the Federal Public Defender for the District of Delaware, for the purpose of having said passport returned to Mr. Krzystztof Mikus.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge





FILED

AUG 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE